FILED

NOT FOR PUBLICATION

JAN 06 2011

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

MANUEL MATA RAMIREZ and
YADIRA MATA PEREZ,

Petitioners,

v.

ERIC H. HOLDER, Jr., Attorney General,

Respondent.

No. 08-73649

Agency Nos. A095-302-505
A095-302-506

MEMORANDUM[*]

On Petition for Review of Orders of the
Board of Immigration Appeals

Submitted December 14, 2010[**]

Before:    GOODWIN, WALLACE, and THOMAS, Circuit Judges.

Manuel Mata Ramirez and Yadira Mata Perez, natives and citizens of

Mexico, petition for review of the Board of Immigration Appeal's ("BIA") order

dismissing their appeal from an immigration judge's decision denying their

application for cancellation of removal.  Our jurisdiction is governed by 8 U.S.C.

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

§ 1252. We review de novo questions of law, *Iturribarria v. INS*, 321 F.3d 889, 894 (9th Cir. 2003). We dismiss in part and deny in part the petition for review.

We lack jurisdiction to review petitioners' ineffective assistance of counsel claim because they failed to raise it before the BIA and thereby failed to exhaust their administrative remedies. *See Barron v. Ashcroft*, 358 F.3d 674, 678 (9th Cir. 2004) (explaining that this court lacks jurisdiction to review contentions not raised before the agency).

The BIA did not err in summarily dismissing petitioner's appeal where petitioners did not meaningfully apprise the BIA of the reason underlying the appeal. *See Garcia-Cortez v. Ashcroft*, 366 F.3d 749, 753 (9th Cir. 2004) (notice of appeal satisfies specificity requirement if stated reasons show what aspects of IJ's decision were allegedly incorrect and why).

Petitioners' remaining contentions are unavailing.

**PETITION FOR REVIEW DISMISSED in part; DENIED in part.**